NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICOH COMPANY, LTD., RICOH AMERICAS CORPORATION, AND RICOH ELECTRONICS, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

and

**OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,**
*Intervenors.*

---

2011-1175

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-690.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Oki Data Corporation and Oki Data Americas, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

**FEB 2 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: John Allcock, Esq.
    Daniel E. Valencia, Esq.
    V. James Adduci, II, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 2 8 2011**

**JAN HORBALY**
**CLERK**